UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARIS NISSAN,

    Plaintiff,

vs.

No. 2011-cv-13047
Hon. Paul D. Borman

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## **CONSENT ORDER BARRING EVIDENCE OF NON-PROSECUTION**

The parties having consented to entry of this Order, as signified by the signatures of their respective counsel below, and the Court being fully advised; therefore,

IT IS HEREBY ORDERED that at the trial in this matter the Plaintiff may not introduce evidence or testimony that he was not charged criminally in connection with either the August 3, 2009 or September 8, 2009 fire.

This Order does not resolve the last pending claim, and does not close the case.

                        s/Paul D. Borman
                        PAUL D. BORMAN
                        UNITED STATES DISTRICT JUDGE

Dated: July 29, 2013

The undersigned consent to entry of
this Order. Notice of entry waived.

| | |
|---|---|
| */s/ Joseph A. Milanowski* | */s/ John D. Honeyman* |
| Attorney for Plaintiff | Attorney for State Farm |
| P47335 | P26380 |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 29, 2013.

                                                s/Deborah Tofil
                                                Case Manager